UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 06-1216 JVS (MLGx) | Date | April 2, 2010 |
| Title | SiRF Technology Inc. v. SBCG Inc., et al. | | |

Present: The Honorable   James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (In Chambers)   <u>Order to Show Cause why Sanctions should not be Issued for Failure to Comply with Court's Order</u>

     On October 3, 2007, the Court stayed this action pending ITC proceedings. The Court further ordered "the parties shall file a joint report of the status of the state proceedings on or before January 3, 2008, and every 90 days thereafter." As of today the Court has not received a joint status report Since November 18, 2009.

     The Court hereby orders the parties to show cause (OSC) , in writing, not later than April 22, 2010, why sanctions should not be issued for failure to file the required joint status report.   The Court will consider filing of the joint status report, on or before April 22, 2010  as an appropriate response to this OSC.

+

| | : | 00 |
|---|---|---|
| Initials of Preparer | kjt | |