ORIGINAL

1   JEFFREY E. OSTROW (213118)
    jostrow@stblaw.com
2   **SIMPSON THACHER & BARTLETT LLP**
    2550 Hanover Street
3   Palo Alto, California 94304
    Phone:  (650) 251-5000
4   Facsimile:  (650) 251-5002

5   HENRY B. GUTMAN (*pro hac vice*)
    hgutman@stblaw.com
6   KERRY L. KONRAD (*pro hac vice*)
    kkonrad@stblaw.com
7   NOAH M. LEIBOWITZ (*pro hac vice*)
    nleibowitz@stblaw.com
8   **SIMPSON THACHER & BARTLETT LLP**
    425 Lexington Avenue
9   New York, NY 10017
    Phone:  (212) 455-2000
10  Facsimile:  (212) 455-2502

11

12  Attorneys for Plaintiff and Counterclaim Defendant
    SiRF TECHNOLOGY, INC.

13

14              UNITED STATES DISTRICT COURT

15              CENTRAL DISTRICT OF CALIFORNIA

16                    SOUTHERN DIVISION

17

| | |
|---|---|
| 18  SiRF TECHNOLOGY, INC., a Delaware corporation, | Case No. SACV06-1216 JVS (MLGx) |
| 19 | **PLAINTIFF'S REPLY TO** |
|                    Plaintiff, | **SECOND AMENDED ANSWER** |
| 20 | **AND COUNTERCLAIMS OF** |
|                    v. | **GLOBAL LOCATE, INC.** |
| 21 | |
| 22  GLOBAL LOCATE, INC., a Delaware corporation; SBCG, INC., a California | **DEMAND FOR JURY TRIAL** |
| 23  corporation doing business as "Innovation Sales Southern California"; and DOES 1 to 10, inclusive, | |
| 24 | |
| 25                    Defendants and Counterclaimants. | |
| 26 | |
| 27  AND RELATED COUNTERCLAIMS | |

28

1    Plaintiff and Counterdefendant SiRF Technology, Inc. ("SiRF"), by its

2    attorneys, hereby responds to the Second Amended Answer and Counterclaims of

3    Defendant and Counterclaimant Global Locate, Inc. ("Global Locate") as follows:

**ALLEGATIONS COMMON TO GLOBAL LOCATE'S AFFIRMATIVE**

**DEFENSES AND COUNTERCLAIMS**

6    35.    SiRF admits that Global Locate (currently doing business as Broadcom

7    Corporation) sells semiconductor products incorporating GPS technology, which is

8    described generally in paragraph 35, and is a direct competitor of SiRF. To the

9    extent that paragraph 35 contains additional allegations, SiRF denies them.

10    36.    SiRF admits that, in a GPS receiver, time is required for generation of a

11    first position fix and that GPS satellites broadcast ephemeris data that requires

12    processing. To the extent that paragraph 36 contains additional allegations, SiRF

13    denies them.

14    37.    SiRF admits that A-GPS technology can potentially reduce the time it

15    takes a GPS receiver to generate a first position fix. To the extent that paragraph 37

16    contains additional allegations, SiRF denies allegations set forth in paragraph 37 of

17    the Counterclaims and on that basis denies those additional allegations.

18    38.    SiRF admits that ephemeris information broadcast by satellites must be

19    periodically refreshed. To the extent that paragraph 38 contains additional

20    allegations, SiRF denies them.

21    39.    SiRF denies that Global Locate "invented . . . a class of A-GPS

22    technology known as LTO (long term orbit) data assistance." To the extent that

23    paragraph 39 contains additional allegations, SiRF lacks sufficient information to

24    admit or deny those allegations.

25    40.    SiRF admits that the term "sensitivity" is used to describe the ability of

26    a GPS receiver to detect signals. To the extent that paragraph 40 contains additional

27    allegations, SiRF denies them.

28

41.   SiRF admits that a GPS receiver typically performs signal searching and processing functions.  To the extent that paragraph 41 contains additional allegations, SiRF denies them.

42.   SiRF denies each and every allegation in paragraph 42 of the Counterclaims.

43.   SiRF admits that GPS receivers can employ various techniques to search for satellite signals.  To the extent that paragraph 43 contains additional allegations, SiRF denies them.

44.   SiRF denies each and every allegation in paragraph 44 of the Counterclaims.

45.   SiRF denies each and every allegation in paragraph 45 of the Counterclaims.

46.   SiRF admits that, on its face, the '820 Patent is entitled "Method And Apparatus For Generating And Distributing Satellite Tracking Information," that the '820 Patent issue date is April 1, 2003 and that Global Locate is listed as assignee of the '820 Patent.  To the extent that paragraph 46 contains additional allegations, SiRF lacks sufficient information to admit or deny those allegations and on that basis denies them.

47.   SiRF admits that, on its face, the '534 Patent is entitled "Method And Apparatus For Generating And Distributing Satellite Tracking Information," that the '534 Patent issue date is May 6, 2003, and that Global Locate is listed as assignee of the '534 Patent.  To the extent that paragraph 47 contains additional allegations, SiRF lacks sufficient information to admit or deny those allegations and on that basis denies them.

48.   To the extent that paragraph 48 purports to describe the '820 and '543 Patents, SiRF respectfully refers to the content of those patents, which speak for themselves.  SiRF denies each and every other allegation in paragraph 48.

49.   SiRF admits that, on its face, the '346 Patent is entitled "Method And Apparatus For Computing Signal Correlation," that the '346 Patent issue date is August 12, 2003, and that Global Locate is listed as assignee of the '346 Patent.

1  To the extent that paragraph 49 contains additional allegations, SiRF lacks sufficient

2  information to admit or deny those allegations and on that basis denies them.

3      50.    To the extent that paragraph 50 purports to describe the '346 Patents,

4  SiRF respectfully refers to the content of that patent, which speaks for itself.  SiRF

5  denies each and every other allegation in paragraph 50.

6      51.    SiRF admits that, on its face, the '651 Patent is entitled "Method And

7  Apparatus For Locating Mobile Receivers Using A Wide Area Reference Network

8  For Propagating Ephemeris," that the '651 Patent issue date is March 9, 2004, and

9  that Global Locate is listed as assignee of the '651 Patent.  To the extent that

10 paragraph 51 contains additional allegations, SiRF lacks sufficient information to

11 admit or deny those allegations and on that basis denies them.

12     52.    To the extent that paragraph 52 purports to describe the '651 Patent,

13 SiRF respectfully refers to the content of that patent, which speaks for itself.  SiRF

14 denies each and every other allegation in paragraph 52.

15     53.    SiRF admits that, on its face, the '080 Patent is entitled "Method And

16 Apparatus For Using Long Term Satellite Tracking Data in A Remote Receiver,"

17 that the '080 Patent issue date is January 2, 2007, and that Global Locate is listed

18 as assignee of the '080 Patent.  To the extent that paragraph 53 contains additional

19 allegations, SiRF lacks sufficient information to admit or deny those allegations

20 and on that basis denies them.

21     54.    To the extent that paragraph 54 purports to describe the '080 Patent,

22 SiRF respectfully refers to the content of that patent, which speaks for itself.  SiRF

23 denies each and every other allegation in paragraph 54.

24     55.    SiRF admits that, on its face, the '000 Patent is entitled "Method And

25 Apparatus For Generating And Distributing Satellite Tracking Information In A

26 Compact Format," that the '000 Patent issue date is November 18, 2003, and that

27 Global Locate is listed as assignee of the '000 Patent.  To the extent that paragraph

28

55 contains additional allegations, SiRF lacks sufficient information to admit or deny those allegations and on that basis denies them.

56. To the extent that paragraph 56 purports to describe the '000 Patent, SiRF respectfully refers to the content of that patent, which speaks for itself. SiRF denies each and every other allegation in paragraph 56.

57. SiRF admits that, on its face, the '801 Patent is entitled "Method And Apparatus For Time-Free Processing of GPS Signals," that the '801 Patent issue date is July 9, 2002, and that Global Locate is listed as assignee of the '801 Patent. To the extent that paragraph 57 contains additional allegations, SiRF lacks sufficient information to admit or deny those allegations and on that basis denies them.

58. To the extent that paragraph 58 purports to describe the '801 Patent, SiRF respectfully refers to the content of that patent, which speaks for itself. SiRF denies each and every other allegation in paragraph 58.

59. SiRF denies the allegation with respect to the '346 Patent. With respect to the allegations in paragraph 59 of the Counterclaims concerning other patents, SiRF lacks sufficient information to admit or deny those allegations and on that basis denies them.

## ANSWER TO FIRST COUNTERCLAIM

### (Infringement Of Global Locate's '820 Patent)

74. SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 of Global Locate's Counterclaims as though fully set forth herein.

75. SiRF denies each and every allegation in paragraph 75 of the Counterclaims.

76. SiRF denies each and every allegation in paragraph 76 of the Counterclaims.

77. SiRF denies each and every allegation in paragraph 77 of the Counterclaims.

78.     SiRF denies each and every allegation in paragraph 78 of the Counterclaims.

## ANSWER TO SECOND COUNTERCLAIM

### (Infringement Of Global Locate's '534 Patent)

79.     SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 78 of Global Locate's Counterclaims as though fully set forth herein.

80.     SiRF denies each and every allegation in paragraph 80 of the Counterclaims.

81.     SiRF denies each and every allegation in paragraph 81 of the Counterclaims.

82.     SiRF denies each and every allegation in paragraph 82 of the Counterclaims.

83.     SiRF denies each and every allegation in paragraph 83 of the Counterclaims.

## ANSWER TO THIRD COUNTERCLAIM

### (Infringement Of Global Locate's '346 Patent)

84.     SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 83 of Global Locate's Counterclaims as though fully set forth herein.

85.     SiRF denies each and every allegation in paragraph 85 of the Counterclaims.

86.     SiRF denies each and every allegation in paragraph 86 of the Counterclaims.

87.     SiRF denies each and every allegation in paragraph 87 of the Counterclaims.

88.     SiRF denies each and every allegation in paragraph 88 of the Counterclaims.

## ANSWER TO FOURTH COUNTERCLAIM

### (Infringement Of Global Locate's '651 Patent)

89.     SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 88 of Global Locate's Counterclaims as though fully set forth herein.

90.     SiRF denies each and every allegation in paragraph 90 of the Counterclaims.

91.     SiRF denies each and every allegation in paragraph 91 of the Counterclaims.

92.     SiRF denies each and every allegation in paragraph 92 of the Counterclaims.

93.     SiRF denies each and every allegation in paragraph 93 of the Counterclaims.

## ANSWER TO FIFTH COUNTERCLAIM

### (Declaratory Judgment as to SiRF's '904 Patent)

94.     SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 93 of Global Locate's Counterclaims as though fully set forth herein.

95.     SiRF admits the allegations in paragraph 95 of the Counterclaims.

96.     SiRF admits the allegations in paragraph 96 of the Counterclaims.

97.     There is no allegation in paragraph 97 that requires a response.  To the extent that there is an allegation, SiRF denies each and every allegation in paragraph 97 of the Counterclaims.

98.     There is no allegation in paragraph 98 that requires a response.  To the extent that there is an allegation, SiRF denies each and every allegation in paragraph 98 of the Counterclaims.

99.     Paragraph 99 contains a conclusion of law to which no response is required.  To the extent that paragraph 99 requires a response, SiRF denies each and

1 | every allegation in paragraph 99 of the Counterclaims.

## ANSWER TO SIXTH COUNTERCLAIM

### (Declaratory Judgment as to SiRF's '363 Patent)

100.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 99 of Global Locate's Counterclaims as though fully set forth herein.

101.   SiRF admits the allegations in paragraph 101 of the Counterclaims.

102.   SiRF admits the allegations in paragraph 102 of the Counterclaims.

103.   There is no allegation in paragraph 103 that requires a response.  To the extent that there is an allegation, SiRF denies each and every allegation in paragraph 103 of the Counterclaims.

104.   There is no allegation in paragraph 104 that requires a response.  To the extent that there is an allegation, SiRF denies each and every allegation in paragraph 104 of the Counterclaims.

105.   Paragraph 105 contains a conclusion of law to which no response is required.  To the extent that paragraph 105 requires a response, SiRF denies each and every allegation in paragraph 105 of the Counterclaims.

## ANSWER TO SEVENTH COUNTERCLAIM

### (Declaratory Judgment as to SiRF's '557 Patent)

106.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 105 of Global Locate's Counterclaims as though fully set forth herein.

107.   SiRF admits the allegations in paragraph 107 of the Counterclaims.

108.   SiRF admits the allegations in paragraph 108 of the Counterclaims.

109.   There is no allegation in paragraph 109 that requires a response.  To the extent that there is an allegation, SiRF denies each and every allegation in paragraph 109 of the Counterclaims.

110.   There is no allegation in paragraph 110 that requires a response.  To the

1   extent that there is an allegation, SiRF denies each and every allegation in paragraph

2   110 of the Counterclaims.

3      111.   Paragraph 111 contains a conclusion of law to which no response is

4   required.  To the extent that paragraph 111 requires a response, SiRF denies each

5   and every allegation in paragraph 111 of the Counterclaims.

## ANSWER TO EIGHTH COUNTERCLAIM

### (Declaratory Judgment as to SiRF's '178 Patent)

8      112.   SiRF realleges and incorporates by reference its replies to paragraphs

9   35 through 59 and 74 through 111 of Global Locate's Counterclaims as though

10  fully set forth herein.

11     113.   SiRF admits the allegations in paragraph 113 of the Counterclaims.

12     114.   SiRF admits the allegations in paragraph 114 of the Counterclaims.

13     115.   There is no allegation in paragraph 115 that requires a response.  To the

14  extent that there is an allegation, SiRF denies each and every allegation in paragraph

15  115 of the Counterclaims.

16     116.   There is no allegation in paragraph 116 that requires a response.  To the

17  extent that there is an allegation, SiRF denies each and every allegation in paragraph

18  116 of the Counterclaims.

19     117.   Paragraph 117 contains a conclusion of law to which no response is

20  required.  To the extent that paragraph 117 requires a response, SiRF denies each

21  and every allegation in paragraph 117 of the Counterclaims.

## ANSWER TO NINTH COUNTERCLAIM

### (Infringement Of Global Locate's '801 Patent)

24     118.   SiRF realleges and incorporates by reference its replies to paragraphs

25  35 through 59 and 74 through 117 of Global Locate's Counterclaims as though

26  fully set forth herein.

27     119.   SiRF denies each and every allegation in paragraph 119 of the

28  Counterclaims.

120.   SiRF denies each and every allegation in paragraph 120 of the Counterclaims.

121.   SiRF denies each and every allegation in paragraph 121 of the Counterclaims.

122.   SiRF denies each and every allegation in paragraph 122 of the Counterclaims.

## ANSWER TO TENTH COUNTERCLAIM

### (Infringement Of Global Locate's '000 Patent)

123.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 122 of Global Locate's Counterclaims as though fully set forth herein.

124.   SiRF denies each and every allegation in paragraph 124 of the Counterclaims.

125.   SiRF denies each and every allegation in paragraph 125 of the Counterclaims.

126.   SiRF denies each and every allegation in paragraph 126 of the Counterclaims.

127.   SiRF denies each and every allegation in paragraph 127 of the Counterclaims.

## ANSWER TO ELEVENTH COUNTERCLAIM

### (Infringement Of Global Locate's '080 Patent)

128.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 127 of Global Locate's Counterclaims as though fully set forth herein.

129.   SiRF denies each and every allegation in paragraph 129 of the Counterclaims.

130.   SiRF denies each and every allegation in paragraph 130 of the Counterclaims.

131.   SiRF denies each and every allegation in paragraph 131 of the Counterclaims.

132.   SiRF denies each and every allegation in paragraph 132 of the Counterclaims.

## AFFIRMATIVE DEFENSES TO GLOBAL LOCATE'S COUNTERCLAIMS

### First Affirmative Defense

### (Noninfringement of U.S. Patent No. 6,542,820)

133.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 133 of Global Locate's Counterclaims as though fully set forth herein.

134.   SiRF does not infringe and has not infringed any valid claim of U.S. Patent No. 6,542,820.

### Second Affirmative Defense

### (Invalidity and/or Unenforceability of U.S. Patent No. 6,542,820)

135.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 134 of Global Locate's Counterclaims as though fully set forth herein.

136.   U.S. Patent No. 6,542,820 is invalid and/or unenforceable under one or more provisions of 35 U.S.C. §101 et seq., including at least 35 U.S.C. §§ 102, 103, and/or 112.

### Third Affirmative Defense

### (Noninfringement of U.S. Patent No. 6,560,534)

137.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 136 of Global Locate's Counterclaims as though fully set forth herein.

138.   SiRF does not infringe and has not infringed U.S. Patent No. 6,560,534.

### Fourth Affirmative Defense

### (Invalidity and/or Unenforceability of U.S. Patent No. 6,560,534)

139.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 138 of Global Locate's Counterclaims as though fully set forth herein.

140.   U.S. Patent No. 6,560,534 is invalid and/or unenforceable under one or more provisions of 35 U.S.C. §101 et seq., including at least 35 U.S.C. §§ 102, 103, and/or 112.

### Fifth Affirmative Defense

### (Noninfringement of U.S. Patent No. 6,606,346)

141.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 140 of Global Locate's Counterclaims as though fully set forth herein.

142.   SiRF does not infringe and has not infringed U.S. Patent No. 6,606,346.

### Sixth Affirmative Defense

### (Invalidity and/or Unenforceability of U.S. Patent No. 6,606,346)

143.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 142 of Global Locate's Counterclaims as though fully set forth herein.

144.   U.S. Patent No. 6,606,346 is invalid and/or unenforceable under one or more provisions of 35 U.S.C. §101 et seq., including at least 35 U.S.C. §§ 102, 103, and/or 112.

### Seventh Affirmative Defense

### (Lack of Standing to Assert U.S. Patent No. 6,606,346)

145.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 144 of Global Locate's Counterclaims as though fully set forth herein.

146.   Global Locate does not own, and lacks standing to assert, U.S. Patent No. 6,606,346.

### Eighth Affirmative Defense

**(Noninfringement of U.S. Patent No. 6,704,651)**

147.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 146 of Global Locate's Counterclaims as though fully set forth herein.

148.   SiRF does not infringe and has not infringed U.S. Patent No. 6,704,651.

## Ninth Affirmative Defense

**(Invalidity and/or Unenforceability of U.S. Patent No. 6,704,651)**

149.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 148 of Global Locate's Counterclaims as though fully set forth herein.

150.   U.S. Patent No. 6,704,651 is invalid and/or unenforceable under one or more provisions of 35 U.S.C. §101 et seq., including at least 35 U.S.C. §§ 102, 103, and/or 112.

## Tenth Affirmative Defense

**(Noninfringement of U.S. Patent No. 6,417,801)**

151.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 150 of Global Locate's Counterclaims as though fully set forth herein.

152.   SiRF does not infringe and has not infringed U.S. Patent No. 6,417,801.

## Eleventh Affirmative Defense

**(Invalidity and/or Unenforceability of U.S. Patent No. 6,417,801)**

153.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 152 of Global Locate's Counterclaims as though fully set forth herein.

154.   U.S. Patent No. 6,417,801 is invalid and/or unenforceable under one or more provisions of 35 U.S.C. §101 et seq., including at least 35 U.S.C. §§ 102, 103, and/or 112.

## Twelfth Affirmative Defense

**(Noninfringement of U.S. Patent No. 6,651,000)**

155.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 154 of Global Locate's Counterclaims as though fully set forth herein.

156.   SiRF does not infringe and has not infringed U.S. Patent No. 6,651,000.

### Thirteenth Affirmative Defense

### (Invalidity and/or Unenforceability of U.S. Patent No. 6,651,000)

157.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 156 of Global Locate's Counterclaims as though fully set forth herein.

158.   U.S. Patent No. 6,651,000 is invalid and/or unenforceable under one or more provisions of 35 U.S.C. §101 et seq., including at least 35 U.S.C. §§ 102, 103, and/or 112.

### Fourteenth Affirmative Defense

### (Noninfringement of U.S. Patent No. 7,158,080)

159.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 158 of Global Locate's Counterclaims as though fully set forth herein.

160.   SiRF does not infringe and has not infringed U.S. Patent No. 7,158,080.

### Fifteenth Affirmative Defense

### (Invalidity and/or Unenforceability of U.S. Patent No. 7,158,080)

161.   SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 160 of Global Locate's Counterclaims as though fully set forth herein.

162.   U.S. Patent No. 7,158,080 is invalid and/or unenforceable under one or more provisions of 35 U.S.C. §101 et seq., including at least 35 U.S.C. §§ 102, 103, and/or 112.

### Sixteenth Affirmative Defense

**(Failure to Mark)**

163.  SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 162 of Global Locate's Counterclaims as though fully set forth herein.

164.  Global Locate's counterclaims are barred in whole or in part due to Global Locate's failure to mark pursuant to 35 U.S.C. § 287.

## Seventeenth Affirmative Defense

### (Failure to State a Claim)

165.  SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 164 of Global Locate's Counterclaims as though fully set forth herein.

166.  Global Locate's counterclaims, in whole or in part, fail to state a claim upon which relief can be granted.

## Eighteenth Affirmative Defense

### (Lack of Injury in Fact)

167.  SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 166 of Global Locate's Counterclaims as though fully set forth herein.

168.  Global Locate's counterclaims are barred in whole or in part as Global Locate has not suffered any injury in fact.

## Nineteenth Affirmative Defense

### (Unclean Hands)

169.  SiRF realleges and incorporates by reference its replies to paragraphs 35 through 59 and 74 through 168 of Global Locate's Counterclaims as though fully set forth herein.

170.  Global Locate's counterclaims are barred in whole or in part by its own unclean hands.

## Twentieth Affirmative Defense

1

**(Laches)**

2     171.  SiRF realleges and incorporates by reference its replies to paragraphs

3     35 through 59 and 74 through 170 of Global Locate's Counterclaims as though

4     fully set forth herein.

5     172.  Global Locate knew or should have known of activities now

6     alleged to infringe the '080, '000 and '801 Patents and failed to assert those

7     patents in this action, such that Global Locate's counterclaims with respect to

8     those patents are barred in whole or in part by laches.

9     ## SIRF TECHNOLOGY, INC.'S COUNTERCLAIMS IN REPLY

10    173.  Plaintiff and Counterdefendant SiRF TECHNOLOGY, INC.

11    ("SiRF") by its attorneys, hereby submits these Counterclaims in Reply to

12    Defendant and Counterclaimant GLOBAL LOCATE, INC. ("Global Locate")'s

13    Counterclaims as follows:

14    174.  This action arises under the Patent Laws of the United States, 35

15    U.S.C. § 100, et seq., and the Declaratory Judgments Act, 28 U.S.C. §§ 2201

16    and 2202, based on an actual justiciable controversy between SiRF and

17    Global Locate.  Jurisdiction also arises under the Patent Laws of the United

18    States, 35 U.S.C. § 100 et seq., as well as under Fed. R. 25 Civ. P. 13(a), because

19    this action arises from the same transactions and occurrences set forth in the

20    Complaint and Counterclaims. This Court has subject matter jurisdiction under

21    at least 28 U.S.C. §§ 1331, 1338(a), and 2201.

22    175.  Venue is proper in this District under 28 U.S.C. §§ 1391

23    (c) and 1400(b).

24    ## SiRF'S FIRST COUNTERCLAIM IN REPLY

25    **(Declaratory Judgment as to Non-Infringement of Global Locate's '820 Patent)**

26    176.  SiRF realleges and incorporates by reference the allegations set forth in

27    paragraphs 35 through 62 and 77 through 175 as though fully set forth herein.

28

177.   There exists an actual case or controversy between SiRF and Global Locate concerning the infringement, invalidity, and enforceability of U.S. Patent No. 6,542,820 ("the '820 Patent") by virtue of the allegations in Global Locate's Counterclaims in this action.

178.   SiRF has not infringed and does not infringe, contribute to the infringement of, or actively induce others to infringe the '820 Patent, either willfully or otherwise.

179.   SiRF seeks a declaration from this Court that SiRF does not infringe the '820 Patent.

## SiRF'S SECOND COUNTERCLAIM IN REPLY

### (Declaratory Judgment as to Non-Infringement of Global Locate's '534 Patent)

180.   SiRF realleges and incorporates by reference the allegations set forth in paragraphs 35 through 62 and 77 through 180 as though fully set forth herein.

181.   There exists an actual case or controversy between SiRF and Global Locate concerning the infringement, invalidity, and enforceability of U.S. Patent No. 6,560,534 ("the '534 Patent") by virtue of the allegations in Global Locate's Counterclaims in this action.

182.   SiRF has not infringed and does not infringe, contribute to the infringement of, or actively induce others to infringe the '534 Patent, either willfully or otherwise.

183.   SiRF seeks a declaration from this Court that SiRF does not infringe the '534 Patent.

## SiRF'S THIRD COUNTERCLAIM IN REPLY

### (Declaratory Judgment as to Non-Infringement of Global Locate's '346 Patent)

184.   SiRF realleges and incorporates by reference the allegations set forth in paragraphs 35 through 62 and 77 through 183 as though fully set forth herein.

185.   There exists an actual case or controversy between SiRF and Global Locate concerning the infringement, invalidity, and enforceability of U.S. Patent

1   No. 6,606,346 ("the '346 Patent") by virtue of the allegations in Global Locate's

2   Counterclaims in this action.

3        186.   SiRF has not infringed and does not infringe, contribute to the

4   infringement of, or actively induce others to infringe the '346 Patent, either

5   willfully or otherwise.

6        187.   SiRF seeks a declaration from this Court that SiRF does not infringe

7   the '346 Patent.

## SiRF'S FOURTH COUNTERCLAIM IN REPLY

### (Declaratory Judgment as to Non-Infringement of Global Locate's '651 Patent)

10       188.   SiRF realleges and incorporates by reference the allegations set forth in

11  paragraphs 35 through 62 and 77 through 187 as though fully set forth herein.

12       189.   There exists an actual case or controversy between SiRF and Global

13  Locate concerning the infringement, invalidity, and enforceability of U.S. Patent

14  No. 6,704,651 ("the '651 Patent") by virtue of the allegations in Global Locate's

15  Counterclaims in this action.

16       190.   SiRF has not infringed and does not infringe, contribute to the

17  infringement of, or actively induce others to infringe the '651 Patent, either

18  willfully or otherwise.

19       191.   SiRF seeks a declaration from this Court that SiRF does not infringe

20  the '651 Patent.

## SiRF'S FIFTH COUNTERCLAIM IN REPLY

### (Declaratory Judgment as to Non-Infringement of Global Locate's '801 Patent)

23       192.   SiRF realleges and incorporates by reference the allegations set forth in

24  paragraphs 35 through 62 and 77 through 191 as though fully set forth herein.

25       193.   There exists an actual case or controversy between SiRF and Global

26  Locate concerning the infringement, invalidity, and enforceability of U.S. Patent

27  No. 6,417,801 ("the '801 Patent") by virtue of the allegations in Global Locate's

28  Counterclaims in this action.

194.   SiRF has not infringed and does not infringe, contribute to the infringement of, or actively induce others to infringe the '801 Patent, either willfully or otherwise.

195.   SiRF seeks a declaration from this Court that SiRF does not infringe the '801 Patent.

### SiRF'S SIXTH COUNTERCLAIM IN REPLY

**(Declaratory Judgment as to Non-Infringement of Global Locate's '000 Patent)**

196.   SiRF realleges and incorporates by reference the allegations set forth in paragraphs 35 through 62 and 77 through 195 as though fully set forth herein.

197.   There exists an actual case or controversy between SiRF and Global Locate concerning the infringement, invalidity, and enforceability of U.S. Patent No. 6,651,000 ("the '000 Patent") by virtue of the allegations in Global Locate's Counterclaims in this action.

198.   SiRF has not infringed and does not infringe, contribute to the infringement of, or actively induce others to infringe the '000 Patent, either willfully or otherwise.

199.   SiRF seeks a declaration from this Court that SiRF does not infringe the '000 Patent.

### SiRF'S SEVENTH COUNTERCLAIM IN REPLY

**(Declaratory Judgment as to Non-Infringement of Global Locate's '080 Patent)**

200.   SiRF realleges and incorporates by reference the allegations set forth in paragraphs 35 through 62 and 77 through 199 as though fully set forth herein.

201.   There exists an actual case or controversy between SiRF and Global Locate concerning the infringement, invalidity, and enforceability of U.S. Patent No. 7,158,080 ("the '080 Patent") by virtue of the allegations in Global Locate's Counterclaims in this action.

202.   SiRF has not infringed and does not infringe, contribute to the infringement of, or actively induce others to infringe the '080 Patent, either

1   willfully or otherwise.

2          203.   SiRF seeks a declaration from this Court that SiRF does not infringe

3   the '080 Patent.

### SiRF'S EIGHTH COUNTERCLAIM IN REPLY

**(Declaratory Judgment as to Invalidity and/or Unenforceability of Global**

**Locate's '820 Patent)**

7          204.   SiRF realleges and incorporates by reference the allegations set forth in

8   paragraphs 35 through 62 and 77 through 203 as though fully set forth herein.

9          205.   There exists an actual case or controversy between SiRF and Global

10   Locate concerning the infringement, invalidity, and enforceability of U.S. Patent

11   No. 6,542,820 ("the '820 Patent") by virtue of the allegations in Global Locate's

12   Counterclaims in this action.

13          206.   The claims of the '820 Patent are invalid and/or unenforceable

14   under one or more provisions of 35 U.S.C. §101 et. seq., including at least 35

15   U.S.C. §§ 102, 103, and/or 112.

16          207.   SiRF seeks a declaration from this Court that Global Locate's '820

17   Patent is invalid and/or unenforceable.

### SiRF'S NINTH COUNTERCLAIM IN REPLY

**(Declaratory Judgment as to Invalidity and/or Unenforceability of Global**

**Locate's '534 Patent)**

21          208.   SiRF realleges and incorporates by reference the allegations set forth in

22   paragraphs 35 through 62 and 77 through 207 as though fully set forth herein.

23          209.   There exists an actual case or controversy between SiRF and Global

24   Locate concerning the infringement, invalidity, and enforceability of U.S. Patent

25   No. 6,560,534 ("the '534 Patent") by virtue of the allegations in Global Locate's

26   Counterclaims in this action.

27          210.   The claims of the '534 Patent are invalid and/or unenforceable

28   under one or more provisions of 35 U.S.C. §101 et. seq., including at least 35

U.S.C. §§ 102, 103, and/or 112.

211.   SiRF seeks a declaration from this Court that Global Locate's '534 Patent is invalid and/or unenforceable.

### SiRF'S TENTH COUNTERCLAIM IN REPLY

### (Declaratory Judgment as to Invalidity and/or Unenforceability of Global Locate's '346 Patent)

212.   SiRF realleges and incorporates by reference the allegations set forth in paragraphs 35 through 62 and 77 through 211 as though fully set forth herein.

213.   There exists an actual case or controversy between SiRF and Global Locate concerning the infringement, invalidity, and enforceability of U.S. Patent No. 6,606,346 ("the '346 Patent") by virtue of the allegations in Global Locate's Counterclaims in this action.

214.   SiRF contends that the claims of the '346 Patent are invalid and/or unenforceable under one or more provisions of 35 U.S.C. §101 et. seq., including at least 35 U.S.C. §§ 102, 103, and/or 112.

215.   SiRF seeks a declaration from this Court that Global Locate's '346 Patent is invalid and/or unenforceable.

### SiRF'S ELEVENTH COUNTERCLAIM IN REPLY

### (Declaratory Judgment as to Invalidity and/or Unenforceability of Global Locate's '651 Patent)

216.   SiRF realleges and incorporates by reference the allegations set forth in paragraphs 35 through 62 and 77 through 215 as though fully set forth herein.

217.   There exists an actual case or controversy between SiRF and Global Locate concerning the infringement, invalidity, and enforceability of U.S. Patent No. 6,704,651 ("the '651 Patent") by virtue of the allegations in Global Locate's Counterclaims in this action.

218.   SiRF contends that the claims of the '651 Patent are invalid and/or unenforceable under one or more provisions of 35 U.S.C. §101 et. seq.,

1    including at least 35 U.S.C. §§ 102, 103, and/or 112.

2        219.   SiRF seeks a declaration from this Court that Global Locate's '651

3    Patent is invalid and/or unenforceable.

### SiRF'S TWELFTH COUNTERCLAIM IN REPLY

### (Declaratory Judgment as to Invalidity and/or Unenforceability of Global Locate's '801 Patent)

7        220.   SiRF realleges and incorporates by reference the allegations set forth in

8    paragraphs 35 through 62 and 77 through 219 as though fully set forth herein.

9        221.   There exists an actual case or controversy between SiRF and Global

10   Locate concerning the infringement, invalidity, and enforceability of U.S. Patent

11   No. 6,417,801 ("the '801 Patent") by virtue of the allegations in Global Locate's

12   Counterclaims in this action.

13       222.   SiRF contends that the claims of the '801 Patent are invalid and/or

14   unenforceable under one or more provisions of 35 U.S.C. §101 et. seq.,

15   including at least 35 U.S.C. §§ 102, 103, and/or 112.

16       223.   SiRF seeks a declaration from this Court that Global Locate's '801

17   Patent is invalid and/or unenforceable.

### SiRF'S THIRTEENTH COUNTERCLAIM IN REPLY

### (Declaratory Judgment as to Invalidity and/or Unenforceability of Global Locate's '000 Patent)

21       224.   SiRF realleges and incorporates by reference the allegations set forth in

22   paragraphs 35 through 62 and 77 through 223 as though fully set forth herein.

23       225.   There exists an actual case or controversy between SiRF and Global

24   Locate concerning the infringement, invalidity, and enforceability of U.S. Patent

25   No. 6,651,000 ("the '000 Patent") by virtue of the allegations in Global Locate's

26   Counterclaims in this action.

27       226.   SiRF contends that the claims of the '000 Patent are invalid and/or

28   unenforceable under one or more provisions of 35 U.S.C. §101 et. seq.,

1  including at least 35 U.S.C. §§ 102, 103, and/or 112.

2  227.   SiRF seeks a declaration from this Court that Global Locate's '000

3  Patent is invalid and/or unenforceable.

## SiRF'S FOURTEENTH COUNTERCLAIM IN REPLY

### (Declaratory Judgment as to Invalidity and/or Unenforceability of Global Locate's '080 Patent)

7  228.   SiRF realleges and incorporates by reference the allegations set forth in

8  paragraphs 35 through 62 and 77 through 227 as though fully set forth herein.

9  229.   There exists an actual case or controversy between SiRF and Global

10  Locate concerning the infringement, invalidity, and enforceability of U.S. Patent

11  No. 7,158,080 ("the '080 Patent") by virtue of the allegations in Global Locate's

12  Counterclaims in this action.

13  230.   SiRF contends that the claims of the '080 Patent are invalid and/or

14  unenforceable under one or more provisions of 35 U.S.C. §101 et. seq.,

15  including at least 35 U.S.C. §§ 102, 103, and/or 112.

16  231.   SiRF seeks a declaration from this Court that Global Locate's '080

17  Patent is invalid and/or unenforceable.

## SiRF'S FIFTEENTH COUNTERCLAIM IN REPLY

### (Declaratory Judgment as to Lack of Standing to Assert Global Locate's '346 Patent)

21  232.   SiRF realleges and incorporates by reference the allegations set forth in

22  paragraphs 35 through 62 and 77 through 231 as though fully set forth herein.

23  233.   There exists an actual case or controversy between SiRF and Global

24  Locate concerning Global Locate's standing to assert U.S. Patent No. 6,606,346

25  ("the '346 Patent") by virtue of the allegations in Global Locate's Counterclaims

26  in this action.

27  234.   Global Locate does not own and has no right to assert the '346 Patent.

28  235.   SiRF seeks a declaration from this Court that Global Locate lacks

1  standing to assert the '346 Patent.

2  ## PRAYER FOR RELIEF

3  WHEREFORE, SiRF prays for judgment on Global Locate's Counterclaims

4  and SiRF's Counterclaims in Reply as follows:

5       a.  That Global Locate take nothing by its Counterclaims;

6       b.  That Global Locate's Counterclaims be dismissed by the Court with

7          prejudice;

8       c.  That the Court enter a judgment declaring that Global Locate's U.S.

9          Patent No. 6,542,820 is not infringed by SiRF and is invalid and/or

10          unenforceable;

11       d.  That the Court enter a judgment declaring that Global Locate's U.S.

12          Patent No. 6,560,534 is not infringed by SiRF and is invalid and/or

13          unenforceable;

14       e.  That the Court enter a judgment declaring that Global Locate lacks

15          standing to assert U.S. Patent No. 6,606,346, or in the alternative that

16          the patent is not infringed by SiRF and is invalid and/or

17          unenforceable;

18       f.  That the Court enter a judgment declaring that Global Locate's U.S.

19          Patent No. 6,704,651 is not infringed by SiRF and is invalid and/or

20          unenforceable;

21       g.  That the Court enter a judgment declaring that Global Locate's U.S.

22          Patent No. 6,417,801 is not infringed by SiRF and is invalid and/or

23          unenforceable;

24       h.  That the Court enter a judgment declaring that Global Locate's U.S.

25          Patent No. 6,651,000 is not infringed by SiRF and is invalid and/or

26          unenforceable;

27

28

i.   That the Court enter a judgment declaring that Global Locate's U.S. Patent No. 7,158,080 is not infringed by SiRF and is invalid and/or unenforceable; and

j.   That this Court award SiRF such other and further relief as the Court may deem just and appropriate.

## **DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Counterdefendant SiRF TECHNOLOGY, INC. hereby demands a trial by jury on all issues so triable in this action.

| | |
|---|---|
| 1 | Dated:      October 12, 2010 | Respectfully Submitted, |

By _____

JEFFREY E. OSTROW
**SIMPSON THACHER & BARTLETT LLP**
2550 Hanover Street
Palo Alto, California 94304
Phone:  (650) 251-5000
Facsimile:  (650) 251-5002

Henry B. Gutman (*pro hac vice*)
hgutman@stblaw.com
Kerry L. Konrad (*pro hac vice*)
kkonrad@stblaw.com
Noah M. Leibowitz (*pro hac vice*)
nleibowitz@stblaw.com
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, NY 10017
Phone:  (212) 455-2000
Facsimile:  (212) 455-2502

Attorneys for Plaintiff and
Counterdefendant
SiRF TECHNOLOGY, INC.

PLAINTIFF'S REPLY TO SECOND AMENDED ANSWER AND COUNTERCLAIMS

## PROOF OF SERVICE

I declare that I am over the age of eighteen (18) and not a party to this action. My business address is 1999 Avenue of the Stars, 29th Floor, Los Angeles, California 90067.

On **October 12, 2010,** I caused to be served the following document:

### PLAINTIFF'S REPLY TO SECOND AMENDED ANSWER AND COUNTERLCAIMS OF GLOBAL LOCATE, INC.
### DEMAND FOR JURY TRIAL

on the interested party(is) in this action by placing a true and correct copy of document(s) in a sealed envelope addressed as follows:

### PLEASE SEE ATTACHED LIST

**(X)** **[OVERNIGHT DELIVERY]** Via Federal Express or similar overnight courier service, by depositing in a box or other facility regularly maintained by such overnight delivery service, or delivering such envelope receive documents, in an envelope designated by said overnight delivery service with delivery fees paid or provided for, addressed to the address last shown by that person on any documents filed in this action.

**( X )** **[PERSONAL SERVICE]** I caused the above-referenced document(s) to be delivered to the above-named person(s).

Executed on **October 12, 2010**, at Los Angeles, California.

**( X )** **(FEDERAL)** I declare that I was retained by the office of a member of the bar of this court at whose direction the service was made.

_____
Marisela Licerio

**Steven Joel Brower**                                    Via Personal Service
sbrower@buchalter.com
Buchalter Nemer APC
18400 Von Karman Suite 800
Irvine, CA 92612-0514
Telephone: 949-760-1121
Facsimile: 949-720-0182

**James M Dowd**                                          Via Personal Service
james.dowd@wilmerhale.com
**Michael Darron Jay**
michael.jay@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr LLP
350 South Grand Avenue Suite 2100
Los Angeles, CA 90071
Telephone: 213-443-5309
Facsimile: 213-443-5400

**Jeffrey Robert Chanin**                                 Via Overnight Delivery
jchanin@kvn.com
**David J Silbert**
dsilbert@kvn.com
Keker & Van Nest
710 Sansome St
San Francisco, CA 94111-1704
Telephone: 415-391-5400
Facsimile: 415-397-7188

**William F Lee**                                         Via Overnight Delivery
william.lee@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr LLP
60 State Street
Boston, MA 02109
Telephone: 617-526-6000
Facsimile: 617-526-5000

**S Calvin Walden**                                       Via Overnight Delivery
calvin.walden@wilmerhale.com
Wilmer Cutler Pickering Hale & Dorr LLP
399 Park Avenue
New York, NY 10022
Telephone: 212-230-8800
Facsimile: 212-230-8888

**Todd Zubler**                                           Via Overnight Delivery
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: 202-663-6636
Facsimile: 202-663-6363