| | |
|---|---|
| 1 | JAMES M. DOWD (SBN 259578) |
| | james.dowd@wilmerhale.com |
| 2 | MICHAEL D. JAY (SBN 223827) |
| | michael.jay@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| | 350 South Grand Avenue |
| 4 | Suite 2100 |
| | Los Angeles, CA  90071 |
| 5 | Telephone:  (213) 443-5300 |
| | Facsimile:   (213) 443-5400 |

JS-6

WILLIAM F. LEE (admitted *pro hac vice*)
(william.lee@wilmerhale.com)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA  02129
Telephone:  (617) 526-6000
Facsimile:   (617) 526-5000

S. CALVIN WALDEN (admitted *pro hac vice*)
calvin.walden@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
399 Park Avenue
New York, NY 10022
Telephone: (212) 230-8800
Facsimile:  (212) 230-8888

Attorneys for Defendant and Counterclaimant
GLOBAL LOCATE, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| SiRF TECHNOLOGY, INC., a Delaware corporation, | Case No. SACV06-1216 JVS (MLGx) |
| | **ORDER OF DISMISSAL WITHOUT PREJUDICE** |
| Plaintiff, | |
| v. | Hon. James V. Selna |
| GLOBAL LOCATE, INC., a Delaware corporation; SBCG, INC., a California corporation doing business as "Innovation Sales Southern California"; and DOES 1 to 10, inclusive, | |

**[PROPOSED] ORDER OF DISMISSAL**

Defendants.

AND RELATED COUNTERCLAIMS

**[PROPOSED] ORDER OF DISMISSAL**

## ORDER

Based on the foregoing stipulation of the parties, and good cause appearing, **IT IS ORDERED** that:

1. all claims asserted herein by SiRF Technology, Inc. against Global Locate, Inc. and SBCG, Inc. shall be dismissed without prejudice;

2. all claims asserted herein by Global Locate, Inc. and SBCG, Inc. against SiRF Technology, Inc. shall be dismissed without prejudice; and

3. with SiRF Technology, Inc. and Global Locate, Inc. each to bear their own costs and attorneys' fees.

Dated: January 18, 2011 ____

                                      Hon. James V. Selna
                                      United States District Judge